# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1389. REBEKAH MORRIS v. THE STATE.

Rebekah Morris filed this direct appeal from the trial court's order denying her motion to dismiss the charges against her on constitutional speedy trial grounds. However, in *Sosniak v. State*, 292 Ga. 35, 36-40 (2) (734 SE2d 362) (2012), the Supreme Court of Georgia ruled that such an order is not directly appealable and that a defendant must follow the OCGA § 5-6-34 (b) interlocutory appeal procedures to obtain immediate appellate review. See also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012). Morris's failure to follow the required appellate procedures deprives us of jurisdiction. Accordingly, the State's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/13/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*